IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

GERALD DAVID SMITH,

Plaintiff,

vs.

CRAIG GABLE, and TAGGART BOYD,

Defendants.

**8:25CV709**

**MEMORANDUM AND ORDER**

This matter is before the Court on a motion filed by Plaintiff seeking to extend his current deadline of March 2, 2026, to file his amended complaint by 30 days. Filing No. 8. As cause, Plaintiff submits that additional time is needed to prepare his amended complaint due to limited access to legal materials and other legal assistance in the facility where he is housed. *Id.*

Upon consideration,

**IT IS ORDERED** that:

1. Plaintiff's Motion, Filing No. 8, is granted.  Plaintiff shall have until **April 1, 2026**, to file his amended complaint.

2. The Clerk's Office is directed to terminate the previous pro se case management deadline of "March 2, 2026: check for amended complaint," and to set the following pro se case management deadline: **April 1, 2026**: check for amended complaint.

3. Plaintiff is notified that if he seeks additional time to file his amended complaint, he must seek an extension by written motion no later than the April 1, 2026, deadline.

Dated this 18th day of February, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge